UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JANICE M. DIETZ, ) | |
|        Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:11-CV-442 |
| ) | |
| CAROLYN W. COLVIN, COMMISSIONER OF ) | |
| SOCIAL SECURITY ADMINISTRATION ) | |
| ) | |
|        Defendant. ) | |

REPORT AND RECOMMENDATION

This matter is before the Court for a Report and Recommendation on the Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act [DE 25] filed on October 22, 2013. The Commissioner has not filed a response to explain why her position was substantially justified or to object to the reasonableness of the attorney's fees that the plaintiff requests. For this reason, the court **RECOMMENDS** that the Plaintiff's Application for Attorneys' Fees Under the Equal Access to Justice Act [DE 25] be **GRANTED** and that the plaintiff be awarded $8,429.33, payable to Frederick J. Daley, Jr. and Daley Disability Law. This award will satisfy all of Plaintiff's claims under EAJA.

ENTERED this 10th day of February, 2014

/s/ Andrew P. Rodovich
United States Magistrate Judge